NO. 10-14-00219-CR

NO. 10-14-00220-_____ CR

PD-0579&0580-15

IN THE COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 13 2015
Abel Acosta, Clerk

Darrick Edward Ross

Vs

THE STATE OF TEXAS

§
§
§
§
§

FROM APPEAL No. 278th District

TRIAL COURT No. 26383 and 26619

Walker _____, COUNTY

FIRST MOTION FOR EXTENTION OF TIME TO FILE

PETITION FOR DISCRETIONARY REVIEW

To the Honorable Judge of said court of criminal appeals:

Comes now, Darrick Ross _____, petitioner, and files this

motion for extention of ninety (90) days in which to file a petition

for discretionary review. In support of this  motion, petitioner

shows the court the following:

FILED IN
COURT OF CRIMINAL APPEALS
MAY 14 2015
Abel Acosta, Clerk

RECEIVED
MAY 11 2015
COURT OF APPEALS
WACO, TEXAS

I

The petition was convicted in the 278 th District court of

Walker _____ county, Texas of the offence of Aggravated

Robbery _____ in case No. 10-14-00219-CR / 10-14-00220-CR styled state of Texas

Vs Darrick Edward Ross. The petitioner appeal to the court of appeals

Tenth _____ district. The case was Affirmed on April 9 day of 2015.

II

The present deadline for filing the petition for Discretionary

review is May 11 day of 2015. The petitioner has not requested

any extention prior to this request.

## III

Petitioner request for an extention is based upon the following fact: Petitioner was not notified of the decision of the court of appeals in his case until __April 13__ day of 20__15__. Petitioner attorney on appeal has informed petitioner that He/She will not represent him on the petition for Discretionary review. Petitioner has been trying to odtain legal counsel for this matter.

Wherefore, petitioner prays this court grant this motion and extend the deadline for filing the petition for Discretionary review in case Nos. 10-14-00214-CR, 10-14-00220-CR, to __July 10__ day of 20__15__.

_Darrick Ross_
signature

Darrick Ross
print name
petitioner pro se
T.D.C.J. # 1938636
Texas Department of crimial justice
Bill Clements Unit
9601 spur 591
Amarillo Texas  79107-9606

### Certificate of service

I certify that a true and correct copy of the above and foregoing first motion for extention of time to file petition for Discretionary review has been forearded by U.S mail, postage prepaid, first class to the state prosecutor, P.o Box ~~13046~~ 12405 Austin Texas, 78711.

On this day __May 6__ day of 20__15__.

## Inmate Declaration

I Darrick Ross, T.D.C.J. # 1938636 , being presently incarcerated in the Bill Clements Unit of the Texas Department of Criminal Justice in poter, county, Texas, verify and declare under penalty of perjury that the above and foregoing statements are true and correct.

Executed this day May 6 day of 20 15 .

Darrick Ross
signature

Darrick Ross
printed name
petitioner pro se
T.D.C.J. # 1938636